UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    JASON S. MOORE                                       Case No.: 1-15-01411-HWV
    MELANIE J. MOORE                               Chapter 13
          Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                   **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | NATIONSTAR MORTGAGE |
| Court Claim Number: | 16 |
| Last Four of Loan Number: | 137 S Phillips Ave; 4804 - PRE-ARREARS |
| Property Address if applicable: | 137 S. PHILLIPS AVE., , WAYNESBORO, PA17268 |

**PART 2:**                   **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $1,070.69 |
| b. | Prepetition arrearages paid by the Trustee: | $1,070.69 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $1,070.69 |

**PART 3:**                   **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                   **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

Case 1:15-bk-01411-HWV    Doc 53    Filed 06/12/20    Entered 06/12/20 11:21:40    Desc
Page 1 of 4

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: June 12, 2020            Respectfully submitted,

                               s/ Charles J. DeHart, III, Trustee
                               Standing Chapter 13 Trustee
                               Suite A, 8125 Adams Drive
                               Hummelstown, PA 17036
                               Phone: (717) 566-6097
                               Fax: (717) 566-8313
                               eMail: dehartstaff@pamd13trustee.com

Creditor Name: NATIONSTAR MORTGAGE
Court Claim Number: 16

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1190153 | 08/09/2018 | $387.62 | $0.00 | $387.62 |
| 5200 | 1191467 | 09/06/2018 | $213.93 | $0.00 | $213.93 |
| 5200 | 1207550 | 09/26/2019 | $38.20 | $0.00 | $38.20 |
| 5200 | 1208714 | 10/10/2019 | $131.63 | $0.00 | $131.63 |
| 5200 | 1209848 | 11/07/2019 | $125.96 | $0.00 | $125.96 |
| 5200 | 1211202 | 12/12/2019 | $125.96 | $0.00 | $125.96 |
| 5200 | 1212562 | 01/16/2020 | $47.39 | $0.00 | $47.39 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

JASON S. MOORE  Case No.: 1-15-01411-HWV
MELANIE J. MOORE  Chapter 13
  Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 12, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

JULIE GRAY DORSETT, ESQUIRE  SERVED ELECTRONICALLY
DORSETT LAW FIRM
918 PHILADELPHIA AVE
CHAMBERSBURG PA, 17201-

NATIONSTAR MORTGAGE, LLC  SERVED BY 1ST CLASS MAIL
PO BOX 619096
DALLAS, TX, 75261-9741

JASON S. MOORE  SERVED BY 1ST CLASS MAIL
MELANIE J. MOORE
137 S. PHILLIPS AVE.
WAYNESBORO, PA 17268

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 12, 2020

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com