```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                            Case No. 15-01411-HWV
Jason S. Moore                                                    Chapter 13
Melanie J. Moore
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke          Page 1 of 1           Date Rcvd: Aug 18, 2020
                            Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2020.
db/jdb          +Jason S. Moore,   Melanie J. Moore,   137 S Phillips Ave,   Waynesboro, PA 17268-1487

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Jill   Manuel-Coughlin    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@powerskirn.com
              Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage LLC
               josh.goldman@padgettlawgroup.com,  kevin.shatley@padgettlawgroup.com
              Julie Gray Dorsett    on behalf of Debtor 2 Melanie J. Moore dorsettlaw.bk@comcast.net,
               r50928@notify.bestcase.com
              Julie Gray Dorsett    on behalf of Debtor 1 Jason S. Moore dorsettlaw.bk@comcast.net,
               r50928@notify.bestcase.com
              Thomas I Puleo    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Jason S. Moore,<br>**Debtor 1**<br>Melanie J. Moore,<br>**Debtor 2** | Chapter 13<br>Case No. 1:15−bk−01411−HWV |

Social Security No.:
    xxx−xx−7455    xxx−xx−0925

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: August 18, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

**fnldec** (05/18)